IN THE UNITED STATED DISCTRICT COURT
FOR THE NORTHERN DISCTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SETH JONES, A MINOR, BY NEXT ) <br> FRIENDS NORMAN JONES, JR. ) <br> AND LAURIE JONES, AND ) <br> NORMAN JONES, JR. AND ) <br> LAURIE JONES, INDIVIDUALLY, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> STEVE M. COVINGTON, M.D.; ) <br> QUEST DIAGNOSTICS; QUEST ) <br> DIAGNOSTICS CLINICAL ) <br> LABORATORIES, INC.; ABC ) <br> PATHOLOGY GROUP; AND ) <br> JOHN DOE, ) <br> ) <br> Defendants. ) | Civil Action File No. |

## NOTICE OF REMOVAL

TO: The Judges of the United States District Court for the Northern District of Georgia, Atlanta Division.

TO: The above-named Plaintiffs and their counsel of record.

The Defendants, Steve M. Covington, MD, Quest Diagnostics, and Quest Diagnostics Clinical Laboratories, Inc. respectfully show the Court the following:

1.

A civil action has been brought against the Defendants in the State Court of DeKalb County, State of Georgia, by the above-named Plaintiffs, said action being

designated as Civil Action No. 15A54257-7 in which the Plaintiffs, based upon the allegations in his Complaint, appears to be seeking from the Defendants an amount in excess of $75,000.00.

2.

Plaintiffs are now, were at the commencement of this suit and at all times since, a citizens and residents of the State of Georgia.

3.

Defendant Steve M. Covington, M.D. is now, was at the time of the commencement of this suit, and at all times since, a resident of the State of Washington.

4.

Defendant "Quest Diagnostics" is not a proper party and, as such, must be dismissed.

5.

Defendant Quest Diagnostics Clinical Laboratory, Inc. is a Delaware corporation with its principal place of business in the State of New Jersey at the time of the commencement of this suit, now, and at all times since.

6.

Defendants ABC Pathology Group and John Doe are fictional defendants.

7.

Defendants attach hereto copies of all of the pleadings on file in the State Court of Fulton County, Georgia marked as follows:

| | |
|---|---|
| Exhibit A: | Complaint |
| Exhibit B: | Affidavit of Daryl Oble, M.D. and Curriculum Vitae |
| Exhibit C: | Answer of Defendants and Jury Demand |
| Exhibit D: | Plaintiffs First Interrogatories to Defendant Steve M. Covington, M.D. |
| Exhibit E: | Plaintiffs First Requests for Production to Defendant Steve M. Covington, M.D. |
| Exhibit F: | Plaintiffs' First Continuing Interrogatories to Quest Diagnostics |
| Exhibit G: | Plaintiffs' First Requests for Production to Quest Diagnostics |
| Exhibit H: | Plaintiffs' First Continuing Interrogatories to Quest Diagnostics Clinical Laboratories, Inc. |
| Exhibit I: | Plaintiffs' First Requests for Production to Quest Diagnostics Clinical Laboratories, Inc. |
| Exhibit J: | Notice of Deposition of Steve M. Covington, MD |
| Exhibit K: | Certificate of Service and Notice of Filing Original Discovery |

8.

Now within thirty (30) days after service of the Summons and Complaint, the Defendants file this Notice of Removal of said action to this Court.

9.

This action is removable by reason of diversity of citizenship of the parties, there appearing to be being more than $75,000.00 in controversy, exclusive of interest and costs.

WHEREFORE, the above-named Defendants file this their Notice of Removal of said cause to this Court.

This 10th day of February, 2015.

                                CARLOCK, COPELAND & STAIR, LLP

                                By:   *s/ Wayne D. McGrew, III*
                                         WAYNE D. MCGREW, III
                                         Georgia Bar No. 493216
                                         SPENCER A. BOMAR
                                         Georgia Bar No. 066405
                                         *Attorneys for Defendants*
                                         *Steve M. Covington, M.D., Quest*
                                         *Diagnostics, and Quest Diagnostics*
                                         *Clinical Laboratories, Inc.*

191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia  30303-1740
404-522-8220
   ..........
P.O. Box 56887
Atlanta, Georgia  30343-0887
dmcgrew@carlockcopeland.com
sbomar@carlockcopeland.com

## CERTIFICATE OF FONT SIZE

Counsel certifies that this pleading has been prepared in Times New Roman font in 14 point type.

                                                  *s/ Wayne D. McGrew, III*
                                                  WAYNE D. MCGREW, III
                                                  Georgia Bar No. 967177
                                                  SPENCER A. BOMAR
                                                  Georgia Bar No. 066405
                                                  *Attorneys for Defendants*
                                                  *Steve M. Covington, M.D., Quest*
                                                  *Diagnostics, and Quest Diagnostics*
                                                  *Clinical Laboratories, Inc.*

Carlock, Copeland & Stair, LLP
191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia  30303-1740
404-522-8220
   ..........
P.O. Box 56887
Atlanta, Georgia  30343-0887
dmcgrew@carlockcopeland.com
sbomar@carlockcopeland.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of this Notice of Removal on all parties listed below by electronically filing a copy of same with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record and by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

> W. Carl Reynolds
> Bradley J. Survant
> Reynolds, Horne & Survant
> P.O. Box 26610
> Macon, Georgia  31221-6610

This 10th day of February, 2015.

> s/ Wayne D. McGrew, III
> WAYNE D. MCGREW, III
> Georgia Bar No. 967177
> SPENCER A. BOMAR
> Georgia Bar No. 066405
> *Attorneys for Defendants*
> *Steve M. Covington, M.D., Quest*
> *Diagnostics, and Quest Diagnostics*
> *Clinical Laboratories, Inc.*

Carlock, Copeland & Stair, LLP
191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia  30303-1740
404-522-8220
..........
P.O. Box 56887
Atlanta, Georgia  30343-0887
dmcgrew@carlockcopeland.com
sbomar@carlockcopeland.com

7

4980812v.1