IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NORMAN JONES, JR. AND LAURIE JONES, AS PERSONAL REPRESENTATIVES OF THE ESTATE OF SETH JONES, AND NORMAN JONES, JR. AND LAURIE JONES, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE M. COVINGTON, M.D; QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:15-CV-00396-WSD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW all parties, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a DISMISSAL of the above-styled case WITH PREJUDICE.

This 16th day of August, 2016.

*Stipulated to by:*

[signatures on next page]

REYNOLDS, HORNE & SURVANT

_____
Carl J. Reynolds
Georgia Bar No. 601900
Bradley J. Survant
Georgia Bar No. 692820
*Attorneys for Plaintiffs Norman Jones, Jr. and Laurie Jones, as Personal Representatives of the Estate of Seth Jones, and Norman Jones, Jr. and Laurie Jones, Individually*

6320 Peake Road
P.O. Box 26610
Macon, GA 31210-6610
Telephone: 478.405.0300
Fax: 478.405.0550
bjsurvant@reynoldsinjurylaw.com

CARLOCK, COPELAND & STAIR, LLP

By: _____
WAYNE D. MCGREW, III
Georgia Bar No. 493216
SPENCER A. BOMAR
Georgia Bar No. 066405
*Attorneys for Defendants Steve M. Covington, M.D. and Quest Diagnostics Clinical Laboratories, Inc.*

191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia  30303-1740
404-522-8220
P.O. Box 56887
Atlanta, Georgia  30343-0887
dmcgrew@carlockcopeland.com
sbomar@carlockcopeland.com

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by electronically filing a copy of same with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> W. Carl Reynolds
> Bradley J. Survant
> Reynolds, Horne & Survant
> P.O. Box 26610
> Macon, Georgia 31221-6610

This 23rd day of August, 2016.

WAYNE D. MCGREW, III
Georgia Bar No. 967177
SPENCER A. BOMAR
Georgia Bar No. 066405
*Attorneys for Defendants*
*Steve M. Covington, M.D., Quest Diagnostics, and Quest Diagnostics Clinical Laboratories, Inc.*

Carlock, Copeland & Stair, LLP
191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30303-1740
404-522-8220